UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| SILVERIO GONZALEZ MENDIOLA,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | Case No. 5:26-cv-06965-JDE<br><br>JUDGMENT |

Pursuant to the Order Denying Petition,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied and the action is dismissed with prejudice as to all claims for relief asserted in the Petition except for a challenge to Petitioner's bond hearing and any future claim by Petitioner based on Zavdyvas v. Davis should Petitioner become subject to a final order of removal and thereafter become subject to prolonged detention, which are dismissed without prejudice.

Dated: November 19, 2026__

JOHN D. EARLY
United States Magistrate Judge